# EXHIBIT B

**IN THE COURT OF COMMON PLEAS ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| **JAMES EVANS** | CIVIL DIVISION |
| *Plaintiff,* | GD No.: GD-25-000388 |
| v. | |
| **STEPHEN H. PHILLIPS, DO; MOUNT NITTANY MEDICAL CENTER HEALTH SERVICES, INC. D/B/A MOUNT NITTANY PHYSICIAN GROUP; MOUNT NITTANY HEALTH SYSTEM D/B/A MOUNT NITTANY HEALTH; MUHAMMAD NAJI, M.D.; SCI HOUTZDALE; WEXFORD HEALTH SOURCES, INC.** | |
| *Defendants.* | |

**AFFIDAVIT OF JOSEPH EBBITT**

I, Joseph Ebbitt, after being duly sworn, do hereby state and aver as follows:

1.     I have been employed by Wexford Health Sources, Inc. (hereinafter "Wexford") since May 30, 2006.

2.     Currently, I am the Director of Risk Management, HIPAA Compliance, and Legal Affairs for Wexford.

3.     As Director of Risk Management, HIPAA Compliance, and Legal Affairs for Wexford, I have knowledge of Wexford's contracts with various agencies, including the Pennsylvania Department of Corrections (hereinafter referred to as "DOC"),

4.     Wexford was the healthcare vendor for various DOC facilities from January 1, 2013 through August 31, 2014.

5.    Wexford did not employ and healthcare providers at any DOC facility after August 31, 2014.

6.    Further, Affiant sayeth naught.

Joseph Ebbitt

Sworn to and subscribed before me

This 17 day of February, 2025.

Notary Public
My Commission Expires: 2/25/2025

Commonwealth of Pennsylvania – Notary Seal
SHANNON BANKS, NOTARY PUBLIC
ALLEGHENY COUNTY
MY COMMISSION EXPIRES FEBRUARY 25, 2025
COMMISSION NUMBER 1384765